ON PETITION FOR REHEARING EN BANC.

PER CURIAM:
Treating the petition for rehearing en banc as a petition for panel rehearing, the petition for panel rehearing is DENIED. The court having been polled at the request of one of its members, and a majority of the judges who are in regular active service and not disqualified not having vot *601 ed in favor (Fed. R.App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.
In the en banc poll, 7 judges voted in favor of rehearing (Chief Judge Stewart, and Judges Davis, Dennis, Prado, South-wick, Graves, and Costa), and 7 judges voted against rehearing (Judges Jolly, Jones, Smith, Clement, Owen, Elrod, and Haynes).